IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-143-JFH-3 |
| DANNA LAVON McCARLEY, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is a pro se motion for compassionate release under 18 U.S.C. 3582(c) ("Motion") filed by Defendant Danna Lavon McCarley ("Defendant"). Dkt. No. 100.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motion. *See* Dkt. No. 32 (Michael A. Abel entered appearance as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and her counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's pro se motion for compassionate release [Dkt. No. 100] is DENIED WITHOUT PREJUDICE.

Dated this 17th day of April 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE